1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MB FINANCIAL BANK, N.A., | Case No. 12-cv-04973 NC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 21 |
| TREK EQUIPMENT CORP., MICHAEL H. CREAZZI, SHERYL D. ELDRIDGE, WELLS FARGO, N.A., and FIRST AMERICAN TITLE COMPANY, INC., | |
| Defendants. | |

12
13
14
15
16
17
18

19    The parties have stipulated to continue the case management conference currently

20  scheduled for January 9, 2013.  Accordingly, the case management conference is continued

21  to February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450

22  Golden Gate Avenue, San Francisco, California.  The parties must submit a joint case

23  management statement by January 30, 2013 at 5:00 p.m.

24    IT IS SO ORDERED.

25    Date: December 14, 2012

26    _____
    Nathanael M. Cousins
    United States Magistrate Judge

27
28