# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MB FINANCIAL BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>TREK EQUIPMENT CORP., MICHAEL H. CREAZZI, SHERYL D. ELDRIDGE, WELLS FARGO, N.A., and FIRST AMERICAN TITLE COMPANY, INC.,<br><br>Defendants. | Case No. 12-cv-04973 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

The parties have stipulated to continue the case management conference currently scheduled for February 6, 2013 thirty days in order to finalize settlement negotiations. Accordingly, the case management conference is continued to March 6, 2013 at 3:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  The parties must submit a joint case management statement by February 27, 2013 at 5:00 p.m.

IT IS SO ORDERED.

Date: January 31, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge