1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

MB FINANCIAL BANK, N.A.,                    Case No. 12-cv-04973 NC

                    Plaintiff,              **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

          v.                                Re: Dkt. No. 24

TREK EQUIPMENT CORP., MICHAEL H.
CREAZZI, SHERYL D. ELDRIDGE,
WELLS FARGO, N.A., and FIRST
AMERICAN TITLE COMPANY, INC.,

                    Defendants.

        The parties have stipulated to continue the case management conference currently

scheduled for February 6, 2013 thirty days in order to finalize settlement negotiations.

Accordingly, the case management conference is continued to March 6, 2013 at 3:00 p.m.

in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

California.  The parties must submit a joint case management statement by February 27,

2013 at 5:00 p.m.

        IT IS SO ORDERED.

        Date: January 31, 2013                    _____
                                                  Nathanael M. Cousins
                                                  United States Magistrate Judge